360 A.2d 662
COMMONWEALTH
v.
SMITH, Appellant.

Submitted March 22, 1976. William A. Hebe, and Spencer, Gleason & Hebe, for appellant; Rudolph J. Van der Hiel, District Attorney, for Commonwealth, appellee.

Order affirmed.